JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Auto Sound Inc., et al., ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> Audiovox Electronics Corp., et al., ) <br> ) <br>     Defendant(s). ) <br> _____) | SACV 12-00762 JVS (MLGx) <br><br> ORDER OF DISMISSAL UPON <br> SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:    April 29, 2013

_____
James V. Selna
United States District Judge